Vanessa D. Thurman
Chief Probation Officer

# United States Probation Office
# Western District of Oklahoma

# MEMORANDUM

| Oklahoma City Office | Lawton Office |
|---|---|
| 215 Dean A. McGee, Room 201 | 410 Southwest Fifth, Room 101 |
| Oklahoma City, OK 73102 | Lawton, Oklahoma 73501-4268 |
| (405) 609-5800 | (580) 353-0387 |

**DATE:** June 26, 2007

**REPLY TO:** Catherine A. Coss
U.S. Probation Officer

**SUBJECT:** BRYANT, Matthew Harden
07M-1041E; X0518929; 07M-1100E

**TO:** The Honorable Shon T. Erwin
United States Magistrate Judge

STE.

On April 3, 2007, Matthew Harden Byrant was sentenced to a 12 month term of probation for two charges of Driving Under Suspension and one charge of Expired Tag. The court ordered the offender to pay fines and special assessments totaling $900.00. No additional special conditions were imposed and drug testing was suspended by the court. However, due to information obtained during the intake process, a request for modification was submitted to the court and on April 5, 2007, the court modified the offender's conditions to include substance abuse aftercare and drug testing.

On June 21, 2007, a petition to revoke was filed and a warrant was issued due to several issues of non-compliance. The offender was arrested on this warrant on June 25, 2007, and appeared before the court on that date. The court appointed Clay Hillis to represent the offender. During that hearing the court modified the offender's conditions to include up to 120 days' community confinement at the Oklahoma Halfway House. The revocation hearing was continued to December 20, 2007, to allow the offender the opportunity to complete the community confinement condition.

If this modification continues to be the order of the court, please indicate below.

Respectfully submitted,

Catherine A. Coss

Catherine A. Coss
U.S. Probation Officer
(580) 353-0387

Reviewed by:

Burle G. Steelman
Supervising U.S. Probation Officer

THE COURT ORDERS:

[✓] The conditions are modified to include up to 120 days' community confinement at the Oklahoma Halfway House

[ ] Other

6-28-07
Date

Signature of Judicial Officer